IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD D. ROSS, | No. C 05-02606 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| DENISE M. MOSS et al., | |
| Defendant. | |

Now pending before the Court is a *sua sponte* motion for administrative relief to consider whether this case, Case No. 05-2606, should be related to a subsequently filed case, Case No. 06-6617.

The Court finds that the two cases are not related. Although the two cases ostensibly involve the same Plaintiff and the same Defendant, they do not involve similar claims. Case No. 05-2606 involved a claim of employment discrimination against the law firm Nixon Peabody. By contrast, to the extent that its allegations are intelligible, Case No. 06-6617 appears to involve a claim of discrimination against two housing agencies, DHS and SFHA. Because the allegations involved in these two cases appear not to overlap at all, notwithstanding their identical captions, the Court hereby DENIES the *sua sponte* administrative motion to relate them.

**IT IS SO ORDERED.**

1
2   Dated: December 4, 2006
                                              _____
                                              CHARLES R. BREYER
3                                             UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California